IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DESMOND COLEMAN | § | |
| VS. | § | CIVIL ACTION NO.  9:13-CV-242 |
| DANA BATTE, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Desmond Coleman, a prisoner confined at the Gib Lewis Unit of the Texas

Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil

rights action pursuant to 42 U.S.C. § 1983.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States

Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of

this Court.  The Magistrate Judge has submitted a Report and Recommendation of United States

Magistrate Judge recommending that the case be dismissed without prejudice pursuant to Federal

Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No

objections to the Report and Recommendation of United States Magistrate Judge were filed by the

parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

So **ORDERED** and **SIGNED** this **4**   day of **February, 2014.**

_____
Ron Clark, United States District Judge